UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| Anthony Campbell, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>Isolation Technologies, Inc. )<br>Larry D'Amato )<br>Defendants ) | Case No. 04-40236 FDS |

**CORPORATE DISCLOSURE STATEMENT
OF ISOLATION TECHNOLOGIES, INC.
Local Rule 7.3**

I, the undersigned, counsel of record for Isolation Technologies, Inc., pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, certify that Isolation Technologies, Inc. has no parent corporation and there is no publicly traded company which holds 10% or more of its stock.

Isolation Technologies, Inc.
By his attorneys:

_____
William M. Zall, BBO #554135
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON, & HARNEY LLP
220 North Main Street
Natick, MA 01760
TEL:(508) 651-7524
FAX:(508) 653-0119

Dated: _____

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail on December 2, 2004.

_____
William M. Zall