UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Campbell ------ Plaintiff          )
              v.                           )          C.A. NO: 04-40236-FDS
Isolations Technologies -- Defendant       )

Pursuant to Rule 16(b) of the Federal of Civil Procedure and Local Rule 16.1(F):

3.    Fact Discovery -- Interim Deadlines.
        a.        All requests for production of documents and interrogations must be served by July 8, 2005.

        b.        All requests for admission must be served by July 8, 2005.

6.    Expert Discovery.
        a.        Plaintiff(s)' trial experts must be designated, and the information contempleted by Fed. R. Civ. 26(a)(2) must be disclosed, Ms. Maryann K. Brunton
                        Investigator
                        Commonwealth Of Massachusetts
                        Commission Against Discrimination
                        436 Dwight Street, Room 220
                        Springfield, MA 01103

Respectfully submitted by,

Anthony Campbell
    PLAINTIFF

Date: March 23, 2005