UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| Anthony Campbell, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>)<br>Isolation Technologies, Inc. )<br>Larry D'Amato )<br>Defendants ) | Case No. 04-40236 FDS |

**PROPOSED STATEMENT AND PRE-TRIAL SCHEDULE
OF DEFENDANT, ISOLATION TECHNOLOGIES, Inc.**

1. **STATEMENT OF CLAIMS AND DEFENSES**

    A.  Plaintiff:   Plaintiff alleges that Defendant failed to offer employment due to his race.

    B.  Defendant:  Defendant denies the claims and asserts that an offer of employment with the Defendant was made, however, and rejected by the Plaintiff.

2. **DISCOVERY PLAN**

    (i) Fact Discovery

    A.  Initial Rule 26(a)(1) Disclosures:   April 15, 2005

    B.  Deadline to serve written discovery requests:   May 6, 2005

    C.  Completion of depositions:   July 8, 2005

    (ii) Expert Discovery

    A.  Plaintiff's Designation of Experts:   August 5, 2005

    B.  Defendant's Designation of Rebuttal Experts:   September 2, 2005

    C.  Completion of Expert Depositions:   September 30, 2005

3.  **SCHEDULE FOR FILING OF MOTIONS**

   A.   Dispositive Motions to be filed by:   October 28, 2005

   B.   Responses to Dispositive Motions to be filed by:   November 11, 2005

   C.   Reply memos filed by:   November 25, 2005

Respectfully submitted this 24th day of March, 2005.

Isolation Technologies, Inc.
By its attorneys:

_____
William M. Zall, BBO #554135
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON, & HARNEY LLP
220 North Main Street
Natick, MA  01760
TEL:(508) 651-7524
FAX:(508) 653-0119

Dated: _March 24, 2005_

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail on March 24, 2005.

_____
William M. Zall