**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS (Worcester)**

Anthony Campbell,     )
)
     Plaintiff,     )
vs.     )
)     **Case No. 04-40236 FDS**
)
Isolation Technologies, Inc.     )
Larry D'Amato     )
     Defendants     )

## CERTIFICATION OF DEFENDANT, ISOLATION TECHNOLOGIES, INC. REGARDING LITIGATION COSTS AND ADR

Isolation Technologies, Inc., certifies that it has established a budget for costs of conducting the full and various alternative courses for litigation, and have conferred with our counsel regarding resolution of this matter through the use of alternative dispute resolutions programs such as outlined in Local Rule 16.4.

Respectfully submitted this 24th day of March, 2005.

Isolation Technologies, Inc.
By:

Michael Rigoli
Vice President
Isolation Technologies, Inc.

Attorneys for Defendant,
Isolation Technologies, Inc,

William M. Zall, BBO #554135
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON, & HARNEY LLP
220 North Main Street
Natick, MA 01760
TEL:(508) 651-7524
FAX:(508) 653-0119