P.O. BOX 3469
Worcester, MA 01613

March 23, 2005

Via First Class and Hand Delivery

Mr. Martin Castles
Deputy Clerk
United States District Court
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, 01608

RE: Anthony Campbell v. Isolation Technologies
C.A. NO: 04-40236FDS

Dear Mr. Castles:

Please find enclosed some selected dates as per our telephone coversation regarding the Notice Of Scheduling Conference on Friday, March 25, 2005 at 11:30 A.M. in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1.

Thank you.

Respectfully yours,

Anthony Campbell
Plaintiff