UNITED STATES DISTRICT COURT
DISTICT OF MASSACHUSETTS

Anthony Campbell -------------------------------- Plaintiff    )
                                                               )
v.                                                             )    C.A. NO: 04-4023-FDS
                                                               )
Isolations Technologies --------------------------- Defendant  )

CORPORATE DISCLOSURE STATEMENT
REGARDING LOCAL RULE 7.3(A).

I, Anthony Campbell, the undersigned, pursuant to the United States District Court of Rule 7.3(A), do not have a corporation, neither a shareholder in any public or private business.

Respectfully yours,

Anthony Campbell
Plaintiff

Dated: April 7, 2005

cc:    Mr. William Zall
       Cunninghan, Mechanic, Cetlin, Johnson & Harney, LLP
       220 North Main Street
       Natick, MA 01760