UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| **Anthony Campbell,** )<br>)<br>      **Plaintiff,** )<br>vs. )<br>)<br>)<br>**Isolation Technologies, Inc.** )<br>**Larry D'Amato** )<br>      **Defendants** ) | Case No. 04-40236 FDS |

NOTICE OF APPEARANCE

Now comes Scott L. Machanic of the firm of Cunningham, Machanic, Cetlin, Johnson & Harney, LLP and hereby enters his appearance on behalf of the Defendant Isolation Technologies, Inc.

Respectfully submitted
Isolation Technologies, Inc.
By its attorneys

_____
Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
      Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
(508) 651-7524

239637.3

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and the attorney of record for each (other) party by mail (by hand) on 7/8/05.
Signed: _____