UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | | |
|---|---|---|
| **Anthony Campbell,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | |
| | ) | **Case No. 04-40236 FDS** |
| | ) | |
| **Isolation Technologies, Inc.** | ) | |
| **Larry D'Amato** | ) | |
| **Defendants** | ) | |

AFFIDAVIT OF PETER P. HARNEY IN SUPPORT OF
DEFENDANT ISOLATION TECHNOLOGIES, INC.'s MOTION TO STRIKE
LETTER/REQUEST FROM ANTHONY CAMPBELL

Now comes Peter P. Harney and deposes as follows:

1. I am an attorney admitted to the Bar of the Supreme Judicial Court of Massachusetts. I am a partner in the firm of Cunningham, Machanic, Cetlin, Johnson & Harney, LLP, which I understand represents Isolation Technologies, Inc. in this matter. I make the statements appearing below based on my personal knowledge.

2. My practice is, and has been for well over a decade, focused primarily in the area of workers' compensation matters, which are adjudicated through the Massachusetts Department of Industrial Accidents.

3. I have not represented Isolation Technologies, Inc. or Larry D'Amato in any capacity in this matter, nor was I aware that this firm was involved in

the matter until Mr. Campbell's letter of June 29, 2005 was brought to my attention.

4. To the best of my knowledge, I have never met, nor have I spoken with, Anthony Campbell. At this point, I do not know who he is.

5. I would never have given any other attorney, whether it be William Zall or anyone else, authority to represent that he or she was Peter P. Harney, nor have I ever heard, before Mr. Campbell's letter of June 29, 2005 was brought to my attention, of any instance, or even any allegation of an instance, when any other attorney represented that he or she was me.

6. I view any allegation of professional impropriety against me as a serious matter, and I insist that the scurrilous allegations against me be expunged from these, and any other, proceeding where they might have been raised by Mr. Campbell.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF JULY, 2005.

Peter P. Harney

### CERTIFICATE OF SERVICE

I hereby certify that I gave notice to all parties to this action of the filing of this Affidavit in Support of Motion by mailing a copy, first class United States mail, postage pre-paid, to the Plaintiff at the following address:

**Anthony Campbell**
PO Box 3469
Worcester, MA 01613

Signed under the pains and penalties of perjury this 8th day of July, 2005.

_____
Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
   Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
(508) 651-7524

239637.2