UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| Anthony Campbell, )<br>)<br>      Plaintiff, )<br>vs. )<br>)<br>)<br>Isolation Technologies, Inc. )<br>Larry D'Amato )<br>      Defendants ) | Case No. 04-40236 FDS |

AFFIDAVIT OF WILLAM M. ZALL IN SUPPORT OF
DEFENDANT ISOLATION TECHNOLOGIES, INC.'s MOTION TO STRIKE
LETTER/REQUEST FROM ANTHONY CAMPBELL

Now comes William M. Zall and deposes as follows:

1. I am an attorney admitted to the Bar of the Supreme Judicial Court of Massachusetts. I am "of counsel" to the firm of Cunningham, Machanic, Cetlin, Johnson & Harney, LLP. I have represented Isolation Technologies, Inc. at all times relevant with respect to the claims raised by Anthony Campbell in this matter. I make the statements contained in this affidavit based on my personal knowledge.

2. I appeared on behalf of Isolation Technologies on each occasion referenced by Anthony Campbell in his "letter/request," i.e., the Investigative Conference at the MCAD, the conciliation at the MCAD, the meeting at the MCAD, and the Scheduling Conference in this litigation. Attorney Peter Harney did not appear at any of those occasions. In each

and every instance, I introduced myself in my own name. I never indicated that I was Peter Harney.

3. I can not understand why Anthony Campbell would believe that Peter Harney has any involvement in this matter. He has had no involvement at all.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF JULY, 2005.

_____
William M. Zall

## CERTIFICATE OF SERVICE

I hereby certify that I gave notice to all parties to this action of the filing of this Affidavit in Support of Motion by mailing a copy, first class United States mail, postage pre-paid, to the Plaintiff at the following address:

**Anthony Campbell**
PO Box 3469
Worcester, MA 01613

Signed under the pains and penalties of perjury this 8th day of July, 2005.

_____
Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
    Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
(508) 651-7524

239637.4