# CUNNINGHAM, MACHANIC, CETLIN, JOHNSON & HARNEY, LLP
## ATTORNEYS AT LAW

Daniel M. Cunningham
Scott L. Machanic
Dana A. Cetlin ±
David C. Johnson (1949-2000)
Peter P. Harney
Robert F. Tenney
Robert J. Riccio
Mary E. Arata
Jennifer C. Gately
Holly B. Anderson
Gregory M. Iudice
Of Counsel:
Edward C. Uehlein (1911-2003)

Lakewood Office Park
220 North Main Street
Natick, Massachusetts 01760-1100
(508) 651-7524   (781) 237-7030
FAX: (508) 653-0119
email: cmlaw@cmlaw.net
www.cunninghammachanic.com

± Also Admitted in New Hampshire

Of Counsel (cont'd):
William M. Zall
Richard B. Schafer
Judith L. Melideo-Preble
Richard A. Zucker
Paralegals:
Jenny Hall Maltais
Pamela J. Szretter
Naomi E. Dennis
Joanne Kramar Zall
Shelley R. Kamen

June 24, 2005

Anthony Campbell
P.O. Box 3469
Worcester, MA  01613

Re: <u>Anthony Campbell v. Isolation Technologies, Inc. and Larry D'Amato</u>
     U.S.D.C. Case No. 04-40236

Dear Mr. Campbell:

Enclosed please find our "Notice of Taking Deposition of Anthony Campbell", which is being served upon you.  Your deposition has been scheduled for Thursday, July 7, 2005, at 10:00 a.m. at our offices.  Your attendance is required and we will take your testimony under oath before a notary public.

Please feel free to contact me if you wish to discuss this matter further.  Thank you.

Very truly yours,
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON & HARNEY, LLP

William M. Zall, Esq.

Enclosures
cc:  Michael Rigoli
     Mel Lipman
WMZ/jk
239304
8034/0015

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| Anthony Campbell, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>)<br>Isolation Technologies, Inc. )<br>Larry D'Amato )<br>Defendants ) | Case No. 04-40236 FDS |

NOTICE OF TAKING
DEPOSITION OF ANTHONY CAMPBELL

To:   Anthony Campbell
      P.O. Box 3469
      Worcester, MA  01613

Now comes the Defendant, Isolation Technologies, Inc., and, pursuant to F.R.Civ.P. 30, hereby notices the deposition by stenographic means of Anthony Campbell to be held at **10:00 a.m. on Thursday, July 7, 2005**, at the offices of counsel for the Defendant, Cunningham, Machanic, Cetlin, Johnson & Harney, LLP, 220 N. Main Street, Natick, MA 01760, and continuing day to day until completed, before Melvin Lipman or some other person authorized to administer oaths within the Commonwealth of Massachusetts.

You are invited to attend and cross-examine.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and/or the attorney of record for each (other) party by mail (by hand) on 6/24/05.
Signed: [signature]

Respectfully submitted
Defendant
By their attorneys

[signature]
William M. Zall, Esq.  BBO # 554135
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
TEL: (508) 651-7524
FAX: (508) 653-0119

Dated: 6/24/05
239271