P.O. BOX 3469
Worcester, MA 01613

July 19, 2005

Mr. Martin Castles
Deputy Clerk
United States District Court
For The District Of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE: Anthony Campbell v. Isolations Technologies
C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

Please find copy of a letter mailed to the Defense Lawyer, Mr. Wiilliam Zall on July 9, 2005 upon receipt of their letter on that day regarding a "SCHEDULE DEPOSITION OF JULY 7, 2005".

Thank you.

Sincerely yours,

Anthony Campbell
Plaintiff

enclosures:

P.O. BOX 3469
Worcester, MA 01613

July 9, 2005

Mr. William Zall
Attorney-at-Law
Cunningham, Mechanic, Cetlin, Johnson & Harney, LLP
220 NorthMain Street
Natick, MA 01760

RE:  Anthony Campbell v. Isolations Technologies
     C.A. NO: 04-40236 FDS.

Subj: DEPOSITION OF JULY 7, 2005.

Dear Mr. Zall:

Your letter was received on July 9, 2005 the above date regarding the "DEPOSITION OF JULY 7, 2005".

Thank you.

Sincerely yours,

Anthony Campbell