P.O. BOX 3469
Worcester, MA 01613

August 13, 2005

Mr. Martin Castles
Deputy Clerk
United States District Court
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE: Anthony Campbell v. Isolations Technologies
C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

I am asking the Court to please reconsider the sanction and striking of my letter of June 29, 2005 regarding the Defendant's Lawyer, Mr. Peter Harney, who has being acting as Mr. William Zall, and LOCAL RULE 83.6(4)(A)(B) to RULE 83.7. I did not know Mr. Harney prior to my case Anthony Campbell v. Isolations Technologies until the Investigative Conference Of December 17, 2002, at the Commission's Office, 436 Dwight Street, Room 220, Springfield, MA 01103. He (Peter Harney) introduced himself to the Investigator, Ms. Maryann Brunton Of MCAD, as Peter Harney.

During the Conciliation Conference Of April 23, 2003, at the Commission's Office, 436 Dwight Street, Room 220, Springfield, MA 01103, with the Commission General Counsel, Ms. Patricia Quintalin. He (Peter Harney) introduced himself as William Zall.

During a meeting of September 23, 2003, with Jerry Levisk, at the Commission's Office, 436 Dwight Street, Room 220, Springfield, MA 01103. He (Peter Harney) introduced himself as William Zall.

During The Initial Conference Of March 25, 2005, at the United States Courthouse in Worcester, in accordance with Fed. R. Civ. P. 16(b) and LOCAL RULE 16.1. He (Peter Harney) introduced himself as William Zall to Hon. Saylor, Judge.

Lastly, I did not receive the letter from the Defendant's Lawyer, Mr. William Zall regarding the "Schedule Deposition Of July 7, 2005", until July 9, 2005 and ask the Court to pleased drop the sanction against me.

Thank you.


Respectfully yours,

Anthony Campbell
Plaintiff