P.O. BOX 3469
Worcester, MA 01613

August 20, 2005

Mr. Martin Castles
Deputy Clerk
United States District Court
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608


RE:  Anthony Campbell v. Isolations Technologies
     C.A. NO: 04-40236 FDS.


Dear Mr. Castles:

Please find enclosed copy of my letter sent to the Defendant's Lawyer, Mr. William Zall, regarding the "SCHEDULE DEPOSITION OF SEPTEMBER 9, 2005" order by the Chief Magistrate Judge, Charles B. Swartwood, III on August 12, 2005.

Thank you.



Sincerely yours,

Anthony Campbell
Plaintiff



enclosure:

P.O. BOX 3469
Worcester, MA 01613

August 20, 2005

CERTIFIED MAIL 7004 2890 0001 4921 7011

Mr. William Zall
Attorney-at-Law
Cunningham, Mechanic, Cetlin, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

RE: Anthony Campbell v. Isolations Technologies
C.A. NO: 04-40236 FDS.

Dear Mr. Zall:

I am in receipt of your letter regarding "SCHEDULE DEPOSITION OF AUGUST 26, 2005". Unfortunately, I have set aside September 9, 2005 at 10:00 A.M. for said deposition order on August 12, 2005 by the Chief Magistrate Judge, Charles B. Swartwood, III.

Thank you.

Very truly yours,

Anthony Campbell