UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Anthony Campbell, | Plaintiff ) | |
| | ) | |
| v. | ) | C.A. NO: 04-40236 FDS. |
| | ) | |
| Isolations Technologies, | Defendant ) | |

MOTION OF PLAINTIFF, ANTHONY CAMPBELL, TO COMPEL RULE 36.1 MR. MICHEAL RIGOLLI, OWNER OF ISOLATIONS TECHNOLOGIES TO ANSWER THE REQUEST FOR ADMISSIONS.

1. Do you admit to saying Isoaltions Technologies do not have Employment Applications?

2. You have authorized jobs postings in news papers. If so, name of News Paper(s), Year and date?

3. You admit that Isolations Technologies has Employment Applications?

4. You admit that Isolations Technologies will never hired a black person?

5. You admit that Isolations Technologies has never hired a black person?

Respectfull submitted by,

*[signature]*
Anthony Campbell
Plaintiff

September 5, 2005