UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell,            Plaintiff    )
                                          )
         v.                               )        C.A. NO: 04-40236 FDS.
                                          )
Isolations Technologies,     Defendant    )

MOTION OF PLAINTIFF, ANTHONY CAMPBELL, TO COMPEL RULE 33.1 MR. MICHEAL RIGOLLI, OWNER OF ISOLATIONS TECHNOLOGIES TO ANSWER THE INTTERROGATORIES.

1. Please describe method use in the company hiring practices:
   (a) Do Isolations Tecnologies give out apllication to hire or not?

   (b) Has Isolations Technologies ever used advertisements in potings job opening(s)?

   (c) Micheal Rigolli have you ever authorized advertisement for job openings in the news papers or any other means? If so, how many times and dates?

2. Micheal Rigolli have you ever given Isolations Tecnologies Employment Application to anyone at your company before? If so, hom many times and dates? What method do used in hiring? Verbal or Application?

3. Micheal Rigolli have you ever told anyone in the present or past of denying given Isolations Technologies Employment Application to present or past employees at your company?
   (a) If so, how many times?

4. Micheal Rigolli does your company has Eployment Applications?
   (a) Do you have present or past employees fillout Isolations Technologies Employment Applications?

   (b) Have you ever had any of the present or past employee(s) fillout Isolations Tecnologies Employment Application?

Respectfully submitted by,

Anthony Campbell
Plaintiff

September 5, 2005