P.O. BOX 3469
Worcester, MA 01613

September 28, 2005

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District Of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE: Anthony Campbell v. Isolations Technologies
C.A. NO: 04-40236 FDS.

Dear Mr. Casles:

The co-defendant, Larry D'amato was properly served at his place of employment at Isolations Technologies on or around March 30, 2005, Certified Mail NO: 7002 2410 0005 6659 7284. (1) The letter was never returned. (2) The defense lawyer did not inform the court during the Scheduling Conference that Mr. D'amato no longer worked at Isolations Technologies. (3) Fail to tell plaintiff that Mr. D'amato no longer worked at Isolations Technologies. Hence, Mr. D'amato was served with Certified Letter signed for and never returned to date.

Very truly yours,

Anthony Campbell
Plaintiff


cc: Mr. William Zall
Cunningham, Machanic, Johnson, Cetlin & Johnson, LLP
220 N. Main Street
Natick, MA 01760

P.O. BOX 3469
Worcester, MA 01613

September 28, 2005

Mr. William Zall
Attorney-at-Law
Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Mr. Zall:

Please find enclosed copy of a letter filed with the court.

Thank you.

very truly yours,

Anthony Campbell
Plaintiff