UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| Anthony Campbell,    )<br>    )<br>        Plaintiff,    )<br>vs.    )<br>    )<br>    )<br>    )<br>Isolation Technologies, Inc.    )<br>Larry D'Amato    )<br>        Defendants    ) | Case No. 04-40236 FDS |

## ISOLATION TECHNOLOGIES, INC.'S
## CERTIFICATION OF COMPLIANCE
## WITH COURT'S ORDER OF OCTOBER 19, 2005

The undersigned counsel for Defendant, Isolation Technologies, Inc., hereby certifies that said Defendant has complied with an Order of this Court, dated October 19, 2005, requiring service of response to the Plaintiff's Request for Admission No. 5, by serving "Isolation Technologies, Inc.'s Supplemental Answer to Anthony Campbell's Requests For Admission" on Anthony Campbell by first class mail, postage prepaid, on November 4, 2005. A copy of the aforesaid document is attached hereto as Exhibit A.

Respectfully submitted as to objections,
Isolation Technologies, Inc.
By its attorneys:

_____
William M. Zall, BBO #554135
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON, & HARNEY LLP
220 North Main Street
Natick, MA 01760
TEL:(508) 651-7524
FAX:(508) 653-0119

Dated: 11/4/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document ("ISOLATION TECHNOLOGIES, INC.'S CERTIFICATION OF COMPLIANCE WITH COURT ORDER, DATED OCTOBER 19, 2005") was served upon the Plaintiff, Anthony Campbell, appearing pro se by first class, pre-paid mail on November 4, 2005.

_____
William M. Zall

244079