UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| Anthony Campbell,<br><br>   Plaintiff,<br>vs.<br><br><br>Isolation Technologies, Inc.<br>Larry D'Amato<br>   Defendants | )<br>)<br>)<br>)<br>)  Case No. 04-40236 FDS<br>)<br>)<br>)<br>)<br>) |

## ISOLATION TECHNOLOGIES, INC.'S <u>SUPPLEMENTAL</u> ANSWER TO ANTHONY CAMPBELL'S REQUESTS FOR ADMISSIONS

Pursuant to the Court's Order, dated October 19, 2005, and Rule 36 of the Federal Rules of Civil Procedure and Rule 36.1 of the Local Rules of the United States District Court for the District of Massachusetts, Isolation Technologies, Inc. ("Isolation") hereby provides it supplemental response to Anthony Campbell's ("Campbell") Requests for Admission Number 5.

### GENERAL STATEMENT

In addition to those objections contained in any particular Response, Isolation generally objects to these Requests for Admissions insofar as they are captioned as "Request For Admissions Of Michael Rigolli (sp), Owner Isolations Technologies" and, thus, purport to seek admissions from an individual who is not a party to this action. Subject to and without waiving this objection, Isolation provides the following Responses as those of the Defendant, Isolation Technologies, Inc..

### RESPONSES TO REQUEST FOR ADMISSION

<u>REQUEST NO. 5</u>

You admit that Isolations Technologies has never hired a black person.

<u>RESPONSE NO. 5</u>

Denied.


Isolation Technologies, Inc.
By:

*[signature]*
Michael Rigoli, Vice President

1

Respectfully submitted as to objections,
Isolation Technologies, Inc.
By its attorneys:

_____
William M. Zall, BBO #554135
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON, & HARNEY LLP
220 North Main Street
Natick, MA 01760
TEL:(508) 651-7524
FAX:(508) 653-0119

Dated: 11/4/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document ("ISOLATION TECHNOLOGIES, INC.'S SUPPMENTAL ANSWER TO ANTHONY CAMPBELL'S REQUESTS FOR ADMISSIONS") was served upon the Plaintiff, Anthony Campbell, appearing pro se by first class, pre-paid mail on November 4, 2005.

_____
William M. Zall

238396