P.O. BOX 3469
Worcester, MA 01613

January 20, 2006

CERTIFIED MAIL 7004 2510 0002 5225 6690

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District Of Massachusetts
Harold Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

Please find enclosed copes of past employments subpoena by Defendant's Lawyer, Mr. William Zall. Moreover, I provided complete responses to the Interrogatories. Defendant's requested two years of past employment prior to working at Isolations Technologies and after.

1.    I object to the request of my W-2 Form. see September 6, 2005 letter to the Court and Mr. william Zall.

2.    I object to the defendant request of copies of the newspaper(s) because iti is reserve for trial preparation. In fact, during the Investigative Conference of December 17, 2002, the defendant denied to the Investigator, Ms. Maryann Brunton, of not using newspapers advertisement. Mr. Michael Rigolli, Peter Harney and Larry D'amato all denied. See September 6, 2005 letter to the Court and Mr. William Zall.

3.    I request a Jury Trial. See letter of August 28, 2005 to the Court and William Zall.

Thank you.

Sincerely yours,

Anthony Campbell

enclosures:

cc:  Mr. William Zall
     Cunningham, Machanic, Cetlin, Johnson, & Harney, LLP
     220 North Main Street
     Natick, MA 01760