# CUNNINGHAM, MACHANIC, CETLIN, JOHNSON & HARNEY, LLP
## ATTORNEYS AT LAW

Daniel M. Cunningham
Scott L. Machanic
Dana A. Cetlin ±
David C. Johnson (1949-2000)
Peter P. Harney
Robert F. Tenney
Robert J. Riccio
Mary E. Arata
Holly B. Anderson
Gregory M. Iudice
Of Counsel:
Edward C. Uehlein (1911-2003)

Lakewood Office Park
220 North Main Street
Natick, Massachusetts 01760-1100
(508) 651-7524   (781) 237-7030
FAX: (508) 653-0119
email: cmlaw@cmlaw.net
www.cunninghammachanic.com

± Also Admitted in New Hampshire

Of Counsel (cont'd):
William M. Zall
Richard B. Schafer
Judith L. Melideo-Preble
Richard A. Zucker
Paralegals:
Jenny Hall Maltais
Pamela J. Szretter
Naomi E. Dennis
Joanne Kramar Zall
Shelley R. Kamen

December 9, 2005

Anthony Campbell
267 Mill Street, Apt. #302
Worcester, MA  01602

Anthony Campbell
P.O. Box 3469
Worcester, MA  01613

Re: Anthony Campbell v. Isolation Technologies, Inc. and Larry D'Amato
U.S.D.C. Case No. 04-40236

Dear Mr. Campbell:

On October 24, 2005, I forwarded "Defendant, Isolation Technologies, Inc.'s Second Request For Production of Documents to Plaintiff" along with a cover letter seeking your supplemented responses to certain incomplete interrogatory answers. In light of the fact that you have failed to respond to either request, we will ask to court to compel your responses and seek additional sanctions for your failure to respond, unless we receive your complete response on or before Friday, December 16, 2005.

Please contact me upon receipt of this letter if you wish to discuss this matter. Thank you.

Very truly yours,
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON & HARNEY, LLP

William M. Zall, Esq.

Enclosures
cc. Michael Rigoli
WMZ/245415