# CUNNINGHAM, MACHANIC, CETLIN, JOHNSON & HARNEY, LLP
## ATTORNEYS AT LAW

Daniel M. Cunningham
Scott L. Machanic
Dana A. Cetlin ±
David C. Johnson (1949-2000)
Peter P. Harney
Robert F. Tenney
Robert J. Riccio
Mary E. Arata
Holly B. Anderson
Gregory M. Iudice
Of Counsel:
Edward C. Uehlein (1911-2003)

Lakewood Office Park
220 North Main Street
Natick, Massachusetts 01760-1100
(508) 651-7524   (781) 237-7030
FAX: (508) 653-0119
email: cmlaw@cmlaw.net
www.cunninghammachanic.com

± Also Admitted in New Hampshire

Of Counsel (cont'd):
William M. Zall
Richard B. Schafer
Judith L. Melideo-Preble
Richard A. Zucker
Paralegals:
Jenny Hall Maltais
Pamela J. Szretter
Naomi E. Dennis
Joanne Kramar Zall
Shelley R. Kamen

January 3, 2006

Anthony Campbell
267 Mill Street, Apt. #302
Worcester, MA 01602

Anthony Campbell
P.O. Box 3469
Worcester, MA 01613

    Re:    <u>Anthony Campbell v. Isolation Technologies, Inc. and Larry D'Amato</u>
            U.S.D.C. Case No. 04-40236

Dear Mr. Campbell:

I received your letter, dated December 29th, indicating that you have no additional documents to provide in response to our Request for Production of Documents. In light of the fact that you testified at deposition that you had, and would provide additional documents, this is a discrepancy which we need to discuss this as soon as possible.

I left a message on your answering machine on the above date asking you to contact me to discuss this matter. Accordingly, please contact me within seven (7) days of the date of this letter to discuss this matter in order to avoid the necessity of asking the Court to compel your compliance. If I am not in the office at the time of your telephone call, please leave a date and time when we can have the telephone conference.

                              Very truly yours,
                              CUNNINGHAM, MACHANIC,
                              CETLIN, JOHNSON & HARNEY, LLP

                              William M. Zall, Esq.

Enclosures
cc. Michael Rigoli
WMZ/245415