```
 1              BETWEEN CORNING AND ISOLATION.
 2      AND YOU JUST TESTIFIED THAT YOU DO NOT RECALL
 3      EVER GOING TO WORK BETWEEN THE TIME YOU LEFT
 4      CORNING AND THE TIME YOU STARTED AT ISOLATION.
 5  A   WELL, I SAID I CAN'T REMEMBER.
 6  Q   THAT'S WHAT I JUST SAID.
 7              YOU TESTIFIED THAT YOU CAN'T
 8      RECALL.  YOU CANNOT REMEMBER.  IS THAT YOUR
 9      TESTIMONY?
10  A   (NO RESPONSE.)
11  Q   IS THAT YOUR TESTIMONY?
12  A   I CAN'T REMEMBER.
13  Q   JUST SO I CAN CLARIFY FOR THE RECORD, YOU'VE
14      JUST TESTIFIED THAT YOU CANNOT REMEMBER
15      WHETHER YOU WORKED DURING THAT PERIOD, IS THAT
16      CORRECT?
17              THE WITNESS:  WHICH PERIOD?
18  Q   BETWEEN CORNING AND ISOLATION.
19  A   WELL, I DID WORK AT RHODE ISLAND TOOL.
20  Q   NO.  RHODE ISLAND TOOL WAS BEFORE--
21              YOU LEFT RHODE ISLAND TOOL, YOU
22      TESTIFIED, BEFORE YOU LEFT CORNING.
23              SO, YOU HAVE TESTIFIED THAT YOU
24      DO NOT RECALL WORKING BETWEEN THE TIME YOU
```

```
 1         LEFT CORNING, WHICH YOU LISTED AS MAY 15TH,
 2         2001, AND THE TIME YOU BEGAN WORKING FOR
 3         ISOLATION TECHNOLOGIES IN LATE SEPTEMBER 2001.
 4                   AND IS IT CORRECT THAT YOUR
 5         TESTIMONY IS YOU DON'T REMEMBER WORKING DURING
 6         THAT TIME?
 7    A    WELL, I CAN REMEMBER WORKING OVER AT-- I DID
 8         WORK-- I WAS WORKING TWO JOBS, ACTUALLY, FROM
 9         RHODE ISLAND TOOL TO CORNING OPTIX.
10    Q    OKAY.  DID YOU WORK FOR ANYONE ELSE BEFORE YOU
11         WENT TO ISOLATION?
12    A    I COULD HAVE, BUT I CAN'T REMEMBER NOW.
13    Q    OKAY.  SO, YOU DON'T REMEMBER WHETHER YOU EVEN
14         WENT TO WORK?
15    A    (NO RESPONSE.)
16    Q    WHEN DID YOU FIRST REGISTER WITH ISOLATION?
17         WHEN DID YOU-- EXCUSE ME--  WITH EXCEL.
18    A    SOMETIME IN SEPTEMBER OF 2001.
19    Q    I SEE.  HAD YOU REGISTERED WITH ANY OTHER
20         AGENCIES AFTER YOU LEFT CORNING?
21    A    YES, I HAD.
22    Q    WHO WAS THAT?
23    A    SNELLING.  S-N-E-L-L-I-N-G.
24    Q    AND WHERE WAS THE SNELLING OFFICE YOU
```