P.O. BOX 3469
Worcester, MA 01613

March 14, 2006

Mr. Martin Castles
Deputy Clerk
United States District Court
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE: Anthony Campbell v. Isolations Technologies
C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

Please find enclosed copy of my check stub which was not included in my filing November 12, 2004 to be part of the record in the referenced-above.

Thank you.

Respectfully yours,

Anthony Campbell

enclosures:

CAMPBELL, ANTHONY        CAM882                    Married  1    FM  MA    Check #:        1949
Period: 03/17/2002 to 03/23/2002                             Check Date              03/27/2002

| | CUR---Hours---YTD | | CUR---Pay---YTD | | Other Pay, Additions and Deductions Analysis | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CUR | YTD | | CUR |
| Regular | 40.00 | 520.00 | 700.00 | 9,100.00 | | | | | |
| Overtime | 0.00 | 38.50 | 0.00 | 1,010.63 | Deduction Not Set | 0.00 | 0.00 | Deduction Not Set U | 0.00 |
| Doubletime | 0.00 | 0.00 | 0.00 | 0.00 | Deduction Not Set | 0.00 | 0.00 | Deduction Not Set U | 0.00 |
| Total Hourly | 40.00 | 558.50 | 700.00 | 10,110.63 | *Commissions | 0.00 | 0.00 | Support - Child | 0.00 |
| | Other Pay* | | 0.00 | 0.00 | Deduction Not Set | 0.00 | 0.00 | Deduction Not Set U | 0.00 |
| | Gross Pay | | 700.00 | 10,110.63 | Deduction Not Set | 0.00 | 0.00 | Deduction Not Set U | 0.00 |
| | Other Adds and Deds | | 0.00 | 0.00 | 401K Deduction | 0.00 | 0.00 | *Vacation | 0.00 |
| | Total Taxes | | (156.29) | (2,396.50) | *Gross Adjustment | 0.00 | 0.00 | Deduction Not Set U | 0.00 |
| | Net Pay | | 543.71 | 7,714.13 | Deduction Not Set | 0.00 | 0.00 | Deduction Not Set U | 0.00 |
| | | | | | Deduction Not Set | 0.00 | 0.00 | Deduction Not Set U | 0.00 |
| | Tax Analysis | | Current | YTD | Deduction Not Set | 0.00 | 0.00 | Fica Exempt | 0.00 |
| | Federal | | 66.20 | (1,091.62) | Deduction Not Set | 0.00 | 0.00 | | |
| | State | | 36.54 | (531.42) | Deduction Not Set | 0.00 | 0.00 | Total Adds and Deds | 0.00 |
| | Social Security | | 43.40 | (626.86) | Deduction Not Set | 0.00 | 0.00 | | |
| | Medicare | | 10.15 | (146.60) | Net Adjustments | 0.00 | 0.00 | | |
| | | | | | Deduction Not Set | 0.00 | 0.00 | | |
| | Total Taxes | | 156.29 | (2,396.50) | Deduction Not Set | 0.00 | 0.00 | | |

Cust: IT500 40 Reg at 17.50