

**DOCKETED**

UNITED STATES DISTRICT COURT
FOR THE DISTICT OF MASSACHUSETTS

| | |
|---|---|
| Anthony Campbell, .......................................................... Plaintiff ) | |
| | ) |
| v. | ) C.A. NO: 04-40236 FDS. |
| | ) |
| Isolations Technologies .......................................................... Defendant) | |

# MOTION OF PLAINTIFF, ANTHONY  CAMPBELL, DEMAND A JURY TRIAL

1.    On November 12, 2004, Plaintiff Demand a Jury Trial.

2.    January 20, 2006,  request for Jury Trial. Please see copy of letter to the court.

3.    August 28, 2005, request for a Jury Trial. Please see copy of letter to the court.

Respectfully submitted by,

Anthony Campbell

DATED:   March 9, 2006.

enclosures: