```
STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS         PAGE    1
     RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES          DATE  02/16/2006
          SUPERIOR COURT CIVIL INFORMATION SYSTEM

                    DOCKET EVENT LISTING

CASE NO.: PC2002 0726  TYPE PERSONAL INJURY-VEHICLE
TITLE: ANTHONY CAMPBELL  V  JUAN LOZADA
FILING DATE:  02-11-2002    ASSIGNED TO TRIAL POOL: 03-27-2002
                  DESIGNATED TO ARBITRATION:

CAMPBELL,ANTHONY              PLF  CAMPBELL,ANTHONY
LOZADA,JUAN                   DEF  Lazieh,George J.              AOR

                                                          EFFECTIVE
DOC. ID.   DATE     JUDGE                        OUTCOME    DATE

   EMP   03-27-2002
    ANSWER TO COMPLAINT FILED
   EMP   03-27-2002
    ENTRY OF APPEARANCE FILED
    Lazieh,George J.
   EMP   03-27-2002
    INTEROGGATORIES FILED
   KJS   03-27-2002
    MOTION TO ASSIGN                                      04-11-2002
   EMP   03-27-2002
    REQUEST FOR PRODUCTION FILED
   EMP   03-27-2002
    WAIVER OF SERVICE OF SUMMONS FILED
   NM    05-16-2002
    ENTRY OF APPEARANCE FILED
    Pezzullo,Michael S.
     OF PLF
   NM    05-22-2002
    RESPONSE TO REQ FOR PRODUCTION FILED
     OF PLF TO DFT
   NM    05-22-2002
    STIPULATION FILED,EXTENSION OF TIME
     PLF HAS UNTIL 06-30-02 TO ANSWER
   PAO   05-23-2002
    INTEROGGATORIES FILED
     PLFT'S TO DEFT.
   PAO   05-23-2002
    REQUEST FOR PRODUCTION FILED
     PLFT'S TO DEFT.
   PAO   06-25-2002
    ANSWERS TO INTEROGGATORIES FILED
     PLFT'S.
   DG    07-25-2002
    STIPULATION FILED,EXTENSION OF TIME
   LMA   08-15-2002
    SUPLMNTL RSPNSE TO REQ FR PRDCTN FLD
     DEF LOZADA TO PLF ACAMPBELL(SEE 01-3058)
```

*True Copy Attest*

*[signature]*

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

```
CASE NO.: PC2002 0726                                          PAGE   2
ANTHONY CAMPBELL  V  JUAN LOZADA                               02/16/2006

                                                     EFFECTIVE
DOC. ID.   DATE       JUDGE                 OUTCOME  DATE

  LBP   09-05-2002
   NOTICE TO TAKE DEPOSITION FILED
  TL    11-20-2002  Keough,Joseph A
   ORDER ENTERED                                     01-31-2003
    CNSLD WITH PC 01-3058; COURT ORDERED ARBITRATION; DEADLINE; 01/31/03.
    JOHN COUGHLIN SELECTED AS THE ARBITRATOR
  TL    12-10-2002
   ARBITRATION CERTIFICATE FILED
    CNSLD WITH PC 01-3058; PLFTS;ERIC T. GRANDE;376 BROADWAY;PROV 02909;521
    -8400;STEVEN A. MINICUCCI;373 ELMWOOD AVE;PROV 02907; 785-9400; DEFTS;
    GEORGE J. LAZIEH;400 WESTMINSTER ST; PROV 02903  273-4344; GABRIELLA G.
    GAAL;850 TURKS HEAD BLDG; PROV 02903  274-9600
  TL    12-10-2002
   INITIAL ARBITRATION FEE/DEF PD $75
    LAW OFFICES OF JAMES F. CLARK, JR.; CK # 4408 FROM GEORGE J. LAZIEH
  KAM   12-30-2002
   INITIAL ARBITRATION FEE/PLF PD $75
    JOHN N. CALVINO, ESQ., LTD., CK # 082760 FROM STEVEN A. MINICUCCI
  KAM   12-31-2002  Keough,Joseph A
   COURT ORDERED ARBITRATION                         01-31-2003
    CONSOLIDATED W/PC01-3058
  KAM   12-31-2002
   SELECTION OF ARBITRATOR FILED
   Coughlin,John
    CONSOLIDATED W/PC01-3058
  KJS   01-27-2003
   OBJECTN TO MEDICAL AFFIDAVITS FILED
    2 FILED
  LBP   01-28-2003
   AFFIDAVIT OF NOTICE
  NM    02-19-2003
   AFFIDAVIT OF COMPLIANCE FILED
    OF STEVEN MINICUCCI ESQ
  TL    04-23-2003
   ARBITRATION AWARD FILED
    JUDGMENT FOR THE PLTF IN THE AMOUNT OF $460.00. STATUTORY INTEREST TO
    BE ADDED TO THIS AWARD. (SEE AWARD IN FILE FOR DETAILS)
  TL    05-02-2003
   REJECTION OF ARBITRATION AWARD FILED
    REJECTED BY THE PLTF, ANTHONY CAMPBELL; WITH POSTAL MONEY ORDER
    # 05250185098; FROM MICHAEL S. PEZZULLO
  KAM   05-30-2003
   ARBTRTR'S FEE APRVD/SBMTD IN AMT OF
    JOHN COUGHLIN
  DG    07-17-2003  Savage,Judith C
   STIPULATION FILED, CASE SETTLED
    DISMISSED WITH PREJUDICE AND WITHOUT COSTS.
  LMA   08-01-2003  Savage,Judith C
   HEARD ON
    PLF SWORN-ADVISED TO FILE MOTION IF NOT HAPPY WITH SETTLEMENT
    COURT EXHIBIT #1 IN FILE (LETTER TO JUDGE SAVAGE)
```

```
CASE NO.: PC2002 0726                                              PAGE  3
ANTHONY CAMPBELL  V  JUAN LOZADA                                   02/16/2006
                                                        EFFECTIVE
DOC. ID.   DATE    JUDGE                         OUTCOME    DATE

  NM    08-20-2003
    NOTICE FILED
      OF LIEN
  SF    09-30-2003
    LETTER FILED
      BY ANTHONY CAMPBELL
  NM    03-15-2004
    MOTION TO ASSIGN                                        03-26-2004
      *******NOT A MTN DAY*******
  NM    03-24-2004
    OBJECTION FILED                                         03-26-2004
      TO MTA******NOT A MTN DAY*****
  NM    03-24-2004
    OBJECTION FILED                                         03-26-2004
      TO MTA***NOT A MTN DAY*****
  LAK   04-01-2004  Savage,Judith C
    HEARD ON
      PARTIES APPEAR.  PLAINTIFF IS INSTRUCTION TO FILE NO MORE IMPROPERLY
      FILED MOTION OR HE WILL BE SUBJECT TO SANCTIONS.
  NM    04-09-2004
    MOTION TO WITHDRAW                                      04-14-2004
      ******NOT TIMELY FILED*******(CERT. DATE 04-08-04)
  SF    04-14-2004
    AFFIDAVIT FILED
      FILED BY ERIC GRAND & MICHAEL PEZZULLO
      FOR MOTION TO W/DRAW
  SF    04-14-2004
    LETTER FILED
      FROM MICHAEL PEZZULLO; COPIES OF MOT. TO WITHDRAW, CERT MAIL (2 LTRS),
      AFF. OF NON-MILITARY SERVICE, & ATTY AFF. ATTACHED
  SF    04-14-2004  Rubine,Allen P
    MOTION TO VACATE                               PASSED
      IS BEING HEARD BY SAVAGE,J
  SF    04-14-2004
    MOTION TO WITHDRAW
      FILED BY ERIC GRANDE FOR PLF
      TO BE HEARD 4-14-04
  SF    04-14-2004
    OBJECTION FILED
      TO PLFS MOTION TO VACATE FILED BY DEFT
  SF    04-14-2004  Savage,Judith C
    ORDER, MOTION TO WITHDRAW APPEARANCE           GRANTED
      ATTY FOR PLF MAY W/DRAW; ALL NOTICES SHALL BE FORWARDED TO PLF ANTHONY
      CAMPBELL DIRECTLY
  SF    04-14-2004  Savage,Judith C
    ORDER, MOTION TO WITHDRAW APPEARANCE           GRANTED
      ATTY FOR PLF MAY W/DRAW; ALL NOTICES SHALL BE SENT TO PLF ANTHONY
      CAMPBELL DIRECTLY
```