P.O. BOX 3469
Worcester, MA 01613

May 15, 2006

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District Of Massachusetts
Harold Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

Please find enclosed copy of letter mailed CERTIFIED MAIL NO: 7005 1820 0006 3670 0098 to the Defendant's Lawyer, Mr. William Zall, by Court Oder Of Hon. Timothy Hillman, Magistrate/Judge of April 26, 2006, and Hon. F. Dennis Saylor, IV, U.S. District Court Judge to provide documents.

Thank you.

Respectfully yours,

Anthony Campbell

cc:   Mr. William Zall
      Cunningham, Machanic, Celtin, Johnson & Harney, LLP
      220 North Main Street
      Natick, MA 01760

enclosures:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell ............................. Plaintiff   )
                                                           )
                                                           )
v.                                                         )  C.A. NO: 04-40236 FDS.
                                                           )
                                                           )
Isolations Technologies ...................... Defendant )

## ANTHONY CAMPBELL, PLAINTIFF, IS IN COMPLIANCE WITH THE COURT ORDER OF APRIL 26, 2006 and May 10, 2006.

I, Anthony Campbell, Plaintiff hereby complied with the Court Order of April 26, 2006, by the Hon. Timpthy Hillman, U.S. Magistrate / Judge, to provide documents to the defendant, and Court Order of May 10, 2006, by the Hon. F. Dennis Saylor, IV, U.S. District Judge to provide document by May 17, 2006 to the defendant.

1.   I can not find the Page (2) Two of the Complaint filed with the Office of the Attorney General's Ofice.

2.   W-2 FORMS.

3.   NEWSPAPERS  Although, the defendants Larry D'amato, Micheal Rigolli and the defendant's Lawyer, Mr. Peter Harney denied of Isolations Technologies Newspapers Advertisement to the Investigator, Ms. Maryann Brunton, during the Investigative Conference Of December 17, 2002, at MCAD Springfield Office.

Respectfully submitted by,

*[signature]*

Anthony Campbell
Plaintiff

Dated:   May 15, 2006

P.O. BOX 3469
Worcester, MA 01613

May 15, 2006

CERTIFIED MAIL NO: 7005 1820 0006 3670 0098

Mr. William Zall
Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

RE: Anthony Campbell v. Isolations Technologies
C.A. NO: 04-40236 FDS.

Dear Mr. Zall:

Please find enclosed documents as Order by Hon. Timothy Hillman, United Staes Magistrate/Judge of April 26, 2006, and Hon. F. Dennis Saylor, IV, United States District Judge of May 10, 2006, to provide documents.

1. I can not find the Page (2) Two of the Complaint filed with the Office of the Attorney General's Ofice.

2. W-2 FORMS.

3. NEWSPAPERS Although, the defendants Larry D'amato, Micheal Rigolli and the defendant's Lawyer, Mr. Peter Harney denied of Isolations Technologies Newspapers Advertisement to the Investigator, Ms. Maryann Brunton, during the Investigative Conference Of December 17, 2002, at MCAD Springfield Office.

Very truly yours,

Anthony Campbell

enclosures: