P.O. BOX 3469
Worcester, MA 01613

FILED
IN CL...
2006 JUN -5 P 12: 33
U.S. DISTRICT C...
DISTRICT OF MA...

June 3, 2006

CERTIFIED MAIL NO: 7004 2510 0002 5225 6768

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District Of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

Please find enclosed copies of Newspapers, W-FORMS, Page 1 & 2 complaint filed with the Attorney General Office.

Thank you.

Very truly yours,

Anthony Campbell

enclosures:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell ........................................................ Plaintiff )
                                                                        )
    v.                                                                  )    C.A. NO: 04-40236 FDS.
                                                                        )
Isolations Technologies ................................................ Defendant )

## PLAINTIFF, ANTHONY CAMPBELL, IS IN COMPLIANCE WITH THE COURT ORDER OF APRIL 26, 2006 AND MAY 10, 2006 BY HON. TIMOTHY HILLMAN AND HON. F. DENNIS SAYLOR, IV, TO PROVIDE DOCUMENTS TO THE DEFENDANT.

I, Anthony Campbell, Plaintiff hereby complied with the Court Order of April 26, 2006, by the Hon. Timothy Hillman, U.S. Magistrate/Judge, to provide documents to the defendant, and Court Order of May 10, 2006, by Hon. F. Dennis Saylor, IV, U.S. District Judge to provide documents by May 17, 2006 to the defendant.

1. Page 1 & 2 of the complaint filed with the Attorney General Office.

2. W-2 FORMS. EXHIBITS R, T, S, N, O and B.

3. NEWSPAPERS. EXHIBITS: B, C, L, D, and A. Although, the defendants Larry D'amato, Michael Rigolli and Defendant's Lawyer, Mr. Peter Harney denied of Isolations Technologies Newspapers Advertisement to the Investigator, Ms. Maryann Brunton, during the Investigative Conference Of December 17, 2002, at MCAD Springfield Office.

4. My employment records prior to and after Isolations Technologies were subpoena by the defense, which, are part of the court records.

Respectfully submitted by,

Anthony Campbell
Plaintiff

June 3, 2006

P.O. BOX 3469
Worcester, MA 01613

June 3, 2006

CERTIFIED MAIL NO: 7005 1820 0006 3670 0081

Mr. William Zall
Attorney at Law
Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760

RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Mr. Zall:

Please find eclosed copies of the Complaint filed with the Attorney General Office Page 1 & 2.

Thank you.

Very truly yours,

Anthony Campbell

enclosure:



# OFFICE OF THE ATTORNEY GENERAL
## Civil Rights Complaint Form

**TOM REILLY**
**ATTORNEY GENERAL**



**Civil Rights Division**
One Ashburton Place
Boston, MA 02108
(617) 727-2200
(617) 727-4765 (TTY)

If, due to a disability, you seek an accommodation in filing
A complaint, please call 727-2200 or TTY 727-4765.

**COMPLAINT**                                   **COMPLAINT AGAINST**

Name: ANTHONY CAMPBELL            Name: LARRY D'AMATO
Address: P.O. BOX 3469                    Address: ISOLATION TECHNOLOGIES
    WORCESTER, MA                              HOPEDALE, MA
Phone # (home) 508-757-5123          Phone # 508-478-0111
Work # (other) 508-854-9577 pages  Relationship to you OPERATIONS MANAGER

**NATURE OF COMPLAINT** (please check)
(1) ✔ Employment Discrimination
(2) ___ Housing Discrimination
(3) ___ Credit Discrimination
(4) ___ Harassment  ___ Intimidation  ___ Threats  ___ Coercion
(5) ___ Other _____

If you have checked any of the above, please indicate the basis of the civil rights violation or discrimination below (you may check more than one category):

✔ Race   ___ National Origin   ___ Disability   ___ Religion   ___ Sexual Orientation   ___ Gender

___ Age   ___ Ethnicity       ___ Section 8 Status (Housing)   ___ Children (Housing)

___ Public Assistance (Housing)    ___ Marital Status (Housing)

___ Retaliation for Filing a Complaint        Other: _____

(6)    ___ Complaint Against Police Officer/Department _____
                                                                    (City/Town)

(Over)

Please summarize the nature of your complaint. Please include specific dates, names, and addresses of individuals and witnesses involved, and any other information which you believe is necessary in order for the office to evaluate your complaint.

THAT A BLACK PERSON WILL NEVER BE HIRE AT (IT) ISOLATIONS TECHNOLOGIES

Please note that this document may be considered a public record under Massachusetts law and we may be required to release it upon request to the Freedom of Information Act. However, if you request confidentiality, we will attempt to delete your name and address and any information that may identify you as the complainant before releasing a copy of this complaint.

___ YES, you may release my name and address pursuant to a Freedom of Information Act request.

_✓_ No, please do not release my name and address or any identifying information pursuant to a Freedom of Information Act request.

Please be advised that should this office decide to pursue this matter, we will require your written consent in order to release the contents of your complaint to interested parties.

..........................................................................................................

I ATTEST THAT THE STATEMENTS MADE IN THIS COMPLAINT ARE TRUE TO THE BEST OF MY KNOWLEDGE.

Your signature: _Anthony Campbell_

Date: _April 12, 2002_