

P.O. BOX 3469
Worcester, MA 01613

May 2, 2006

CERTIFIED MAIL NO: 7005 1820 0006 3670 0074

Hon. Mark L. Wolf
Chief Judge
United States District Court
For the District Of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Honorable Wolf:

Your honor, I am asking you to please review these rulings against me. (1) The striking of my letter of June 29, 2005, regarding the Defendant's Lawyer, Peter A. Harney, who has being acting as Mr. William Zall, and LOCAL RULE 83.6(4)(A)(B) to RULE 83.7 by Hon. Charles B. Swartwood, III, United States Magistrate / Judge.

2. Dismissed of co-defendant, Mr. Larry D'amato, by Hon. F. Dennis Saylor, IV, United States Distict Judge.

3. Hon. F. Dennis Saylor, IV, United States District Judge ruling of JURY WAIVER.

4. Hon. Timothy S. Hillman, United States Magistrate / Judge Memorandum and Order of April 26, 2006.

Thank you.

Very truly yours,

[signature]
Anthony Campbell

enclosures:

*Handwritten note:* As this case is assigned to Judge Saylor, I do not have the authority to review and review the rulings as requested. Therefore, this letter is hereby REFERRED to Judge Saylor.
MLW, C.J.
May 21, 2006