P.O. BOX 3469
Worcester, MA 01613

June 16, 2006

Mr. Martin Castles
Deputy Clerk
United States District Court
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608


RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.


Dear Mr. Castles:

I will proceed as Pro Se in this case referenced-above.

Thank you.




Respectfully yours,

Anthony Campbell




cc:   Mr. William Zall
      Cunningham, Machanic, Cetlin, Johnson & Harney, LPP
      220 North Main Street
      Natick, MA 01760