P.O. BOX 3469
Worcester, MA 01613

July 22, 2006

CERTIFIED MAIL NO: 7004 2510 0002 5225 6799

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District Of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE:   **Anthony Campbell v. Isolations Technologies**
      **C.A. NO: 04-40236 FDS.**

Dear Mr. Castles:

Please find enclosed copies of TAX RETURNS & PAST EMPLOYEMNTS prior to working at Isolations Technologies and after.

Thank you.

Verytruly Yours,

Anthony Campbell
Plaintiff

cc:   Mr. William Zall
      Cunningham, Machanic, Cetlin, Johnson & Harney, LPP
      220 North Main Street
      Natick , MA 01760

enclosures: