UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| **Anthony Campbell,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | |
| ) | **Case No. 04-40236 FDS** |
| ) | |
| **Isolation Technologies, Inc.** ) | |
| **Larry D'Amato** ) | |
| **Defendants** ) | |

### AFFIDAVIT OF WILLIAM M. ZALL IN SUPPORT OF DEFENDANT, ISOLATION TECHNOLOGIES, INC. SUPPLEMENTAL BRIEF TO MOTION FOR SANCTION OF DISMISSAL

I, William M. Zall, hereby depose and state as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and counsel of record for the Defendant, Isolation Technologies, Inc. ("Isolation") in the above-referenced matter.

2. On July 25, 2006, I received an envelope from the Plaintiff, sent via certified mail, containing *only* the following documents:
   a. a letter from the Plaintiff, dated 7/22/06, addressed to Mr. Martin Castles (docketed as Document 47), attached hereto as Exhibit 1;
   b. a document signed by the Plaintiff, dated 7/22/06, purporting to confirm compliance with the discovery order, attached hereto as Exhibit 2;
   c. the Plaintiff's following tax returns:
      2003, IRS Form 1040 (unsigned)
      2002, IRS Form 1040 (unsigned)
      2001, IRS Form1040EZ (unsigned)
      2000, IRS Form 1040A (signed by preparer only)
      1999, IRS Form 1040A (signed by preparer only)

Signed under the pains and penalties of perjury this 27th day of July, 2006.

_____
William M. Zall, BBO#554135
Cunningham, Machanic Cetlin,
Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760
Tel: (508) 651-7524
Fax: (508) 653-0119

253838

# EXHIBIT 1

P.O. BOX 3469
Worcester, MA 01613

July 22, 2006

CERTIFIED MAIL NO: 7004 2510 0002 5225 6799

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District Of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE: Anthony Campbell v. Isolations Technologies
C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

Please find enclosed copies of TAX RETURNS & PAST EMPLOYEMNTS prior to working at Isolations Technologies and after.

Thank you.

Very truly Yours,

Anthony Campbell
Plaintiff

cc: Mr. William Zall
Cunningham, Machanic, Cetlin, Johnson & Harney, LPP
220 North Main Street
Natick, MA 01760

enclosures:

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell ........................................................ Plaintiff  )
                                                                                                )
    v.                                                                                          )    C.A. NO: 04-40236 FDS.
                                                                                                )
Isolations Technologies ................................................ Defendant )


## PLAINTIFF, ANTHONY CAMPBELL, IS IN COMPLIANCE WITH THE COURT ORDER OF APRIL 26, 2006 AND MAY 10, 2006 AND JULY 10, 2006 BY HON. TIMOTHY HILLMAN AND HON. F. DENNIS SAYLOR, IV, TO PROVIDE TAX RETURNS TO THE DEFENDANT.

I, Anthony Campbell, Plaintiff hereby complied with the Court Order of April 26, 2006, by the Hon. Timothy Hillman, U.S. Magistrate/Judge, to provide documents to the defendant, and Court Order of May 10, 2006 and July 10, 2006 by Hon. F. Dennis Saylor, IV, U.S. District Judge to provide TAX RETURNS DOCUMENTS BY JULY 25, 2006 to the defendant.

1. **TAX RETURNS.**

2. **PAST EMPLOYMENTS.**


Respectfully submitted by,

*[signature]*

Anthony Campbell
Plaintiff

July 22, 2006

This copy was mailed CERTIFIED NO: 7004 2510 0002 5225 6782 to Mr. William Zall, Cunningham, Machanic, Cetlin, Johnson & Harney, LPP, 220 North Main Street, Natick, MA 01760.