P.O. BOX 3469
Worcester, MA 01613

July 30, 2006

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE: **Anthony Campbell v. Isolations Technologies**
    **C.A. NO: 04-40236 FDS.**

Dear Mr. Castles:

I have requested copies of my 2004 and 2005 TAX DOCUMENTS and will be provided to the Court and defendant without delay upon receipt.

Thank you.

Very truly yours,

Anthony Campbell
Plaintiff

cc: Mr. William Zall
    Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
    220 North Main Street
    Natick, MA 01760