P.O. BOX 3469
Worcester, MA 01613

September 2, 2006

CERTIFIED MAIL 7006 0810 0004 2278 5501

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

Please find enclosed copies for 2004 and 2005 TAX DOCUMENTS as order by the Court.

Thank you.

Very truly yours,

Anthony Campbell
Plaintiff

cc:   Mr. William Zall
      Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
      220 North Main Street
      Natick, MA 01760

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell .............................. Plaintiff   )
                                                            )
v.                                                          )   C.A. NO: 04-40236 FDS.
                                                            )
Isolations Technologies ....................... Defendant ) 

## ANTHONY CAMPBELL, PLAINTIFF, IS IN COMPLIANCE WITH THE COURT ORDER OF APRIL 26, 2006 and May 10, 2006.

I, Anthony Campbell, Plaintiff hereby complied with the Court Order of April 26, 2006, by the Hon. Timpthy Hillman, U.S. Magistrate / Judge, to provide documents tothe defendant, and Court Order of May 10, 2006, by the Hon. F. Dennis Saylor, IV, U.S. District Judge to provide document by May 17, 2006 to the defendant.

1. **TAX RETURNS FOR 2004 AND 2005.**

Respectfully submitted by,

*/s/ Anthony Campbell*
Anthony Campbell
Plaintiff

Dated:   September 2, 2006.

| Form **1040EZ** | Department of the Treasury — Internal Revenue Service<br>**Income Tax Return for Single and Joint Filers With No Dependents** (99) **2004** | OMB No. 1545-0675 |
|---|---|---|

**Label** (See instructions)

Use the IRS label. Otherwise, please print or type.

Your first name: ANTHONY   MI   Last name: CAMPBELL

Your social security number: [redacted]

If a joint return, spouse's first name   MI   Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.   Apt no.
PO BOX 3469

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code
WORCESTER, MA 01613

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (see instrs)

Note. Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if a joint return, want $3 to go to this fund?

You: ☐ Yes  ☒ No    Spouse: ☐ Yes  ☐ No

**Income**

1. Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2 ............................................. 1   19,458.

**Attach Form(s) W-2 here.** Enclose, but do not attach, any payment.

2. Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ ............................................. 2

3. Unemployment compensation and Alaska Permanent Fund dividends (see instructions) ........... Repaid 158.   3   5,916.

4. Add lines 1, 2, and 3. This is your **adjusted gross income** ............ 4   25,374.

**Note:** You must check Yes or No.

5. Can your parents (or someone else) claim you on their return?
   ☐ Yes. Enter amount from worksheet.
   ☒ No. If **single**, enter $7,950. If **married filing jointly**, enter $15,900. See instructions for explanation.   5   7,950.

6. Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income** ▶ 6   17,424.

**Payments and tax**

7. Federal income tax withheld from box 2 of your Form(s) W-2 .................. 7   2,441.
8a. Earned income credit (EIC) .................................. 8a
b. Nontaxable combat pay election ............... 8b

9. Add lines 7 & 8a. These are your **total payments** ................ ▶ 9   2,441.

10. Tax. Use the amount on **line 6 above** to find your tax in the tax table in the instruction booklet. Then, enter the tax from the table on this line ...... 10   2,25[?]

**Refund**
Have it directly deposited! See instructions and fill in 11b, 11c, and 11d.

11a. If line 9 is larger than line 10, subtract line 10 from line 9. This is your **refund** ......... ▶ 11a   18[?]
▶ b Routing number..... XXXXXXXXXXXX  ▶ c Type: ☐ Checking ☐ Savings
▶ d Account number.... XXXXXXXXXXXXXXXXXXXXXXXX

**Amount you owe**

12. If line 10 is larger than line 9, subtract line 9 from line 10. This is the **amount you owe**. For details on how to pay, see instructions ........ ▶ 12   0.

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☐ No
Designee's name ▶ Preparer    Phone no. ▶    Personal ID no. (PIN) ▶

**Sign here**

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature    Date    Your occupation: PROGRAMMER    Daytime phone no. 5087575123

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both** must sign.    Date    Spouse's occupation

**Paid preparer's use only**

Preparer's signature ▶ Jim Despo    Date 2/14/05    Check if self-employed ☐    Preparer's SSN or PTIN P00529217
Firm's name (or yours if self-employed), address, and ZIP code ▶ Tax Man, Inc.
1241 MAIN ST
Worcester, MA 01613    EIN 04-[?]    Phone no. (508) 795-1040

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    FDIA0201L  11/05/04    Form **1040EZ** (2004)

| Form **1040EZ** | Department of the Treasury - Internal Revenue Service<br>Income Tax Return for Single and<br>Joint Filers With No Dependents (99) **2005** | | OMB No. 1545-0074 |
|---|---|---|---|

| **Label**<br>(See page 11.)<br>Use the IRS label.<br>Otherwise, please print or type.<br>**Presidential Election Campaign** (page 12) | L A B E L  H E R E | Your first name and initial<br>ANTHONY | Last name<br>CAMPBELL | Your social security number |
|---|---|---|---|---|
| | | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | Home address (number and street). If you have a P.O. box, see page 11.<br>PO BOX 3469 | Apt. no. | ▲ You **must** enter your SSN(s) above. ▲ |
| | | City, town or post office, state, and ZIP code. If you have a foreign address, see page 11.<br>Worcester                                           MA    01613 | | Checking a box below will not change your tax or refund. |

Check here if you, or your spouse if a joint return, want $3 to go to this fund? ▶ ☐ You  ☐ Spouse

**Income**

Attach Form(s) W-2 here.
Enclose, but do not attach, any payment.

| 1 | Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. | 1 | 33,784 |
|---|---|---|---|
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | 2 | |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see page 13). | 3 | 4,105 |
| 4 | Add lines 1, 2, and 3. This is your **adjusted gross income.** | 4 | 37,889 |
| 5 | If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the worksheet on page 2.<br>☐ You  ☐ Spouse<br>If someone cannot claim you (or your spouse if a joint return), enter $8,200 if **single**; $16,400 if **married filing jointly.** See page 2 for explanation. | 5 | 8,200 |
| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income.** ▶ | 6 | 29,689 |

**Payments and tax**

| 7 | Federal income tax withheld from box 2 of your Form(s) W-2. | 7 | 3,595 |
|---|---|---|---|
| 8a | Earned income credit (EIC). | 8a | |
| b | Nontaxable combat pay election.   8b | | |
| 9 | Add lines 7 and 8a. These are your **total payments.** ▶ | 9 | 3,595 |
| 10 | **Tax.** Use the amount on **line 6 above** to find your tax in the tax table on pages 24-32 of the booklet. Then, enter the tax from the table on this line. | 10 | 4,086 |

**Refund**
Have it directly deposited! See page 18 and fill in 11b, 11c, and 11d.

| 11a | If line 9 is larger than line 10, subtract line 10 from line 9. This is your **refund.** ▶ | 11a | |
|---|---|---|---|
| ▶ b | Routing number ☐☐☐☐☐☐☐☐☐  ▶ c Type: ☐ Checking  ☐ Savings | | |
| ▶ d | Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | | |

**Amount you owe**

| 12 | If line 10 is larger than line 9, subtract line 9 from line 10. This is the **amount you owe.** For details on how to pay, see page 19. ▶ | 12 | 491 |
|---|---|---|---|

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see page 19)? ☐ Yes. Complete the following.  ☐ No
Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

**Sign here**
Joint return? See page 11. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature<br>01882 | Date<br>02-13-2006 | Your occupation<br>PROGRAMMER | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | 508-757-5123 |

**Paid preparer's use only**

| Preparer's signature | Date<br>07-26-2006 | Check if self-employed ☐ | Preparer's SSN or PTIN<br>P00486966 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | ACCOUNTING SOLUTIONS, INC<br>834 GRAFTON STREET<br>WORCESTER                  MA  01604 | EIN  04-3051081<br>Phone no. 508-753-3532 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 23.    EEA    Form 1040EZ (2005)