P.O. BOX 3469

Worcester, MA 01613

September 22, 2006

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608


RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

Please find enclosed copies of Defendant's Page 2 of 2 of October 25, 2005 Number 8 and answered to the Interrogatories.

Thank you.



Very truly yours,

Anthony Campbell
Plaintiff



cc:   Mr. William Zall
      Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
      220 North Main Street
      Natick, MA 01760

**CUNNINGHAM, MACHANIC, CETLIN, JOHNSON & HARNEY, LLP**
Anthony Campbell
October 24, 2005
Page 2 of 2

With regard to incomplete responses to our First Set of Interrogatories, you testified about your job search activities since leaving Isolation, however, no such information was provided in response to the following Interrogatory No. 7, which asked:

7. Please describe all efforts which you made to obtain employment after you stopped working at Isolation.

In addition, it was acknowledged that your response to Interrogatory No. 8 was incomplete, since you testified about significantly more jobs than you included in your response. Interrogatory No. 8 asked:

8. Please provide the following information for each job which you held both (i) within two years before your work with the Isolation Technologies and (ii) between the time you left Isolation Technologies and the present date:
    a. Employer's name, address.
    b. Position at time of hire.
    c. Job duties.
    d. Name of your immediate supervisor.
    e. Weekly salary or hourly wage paid at time of hire.
    f. Any promotions received.
    g. Weekly salary or hourly wage paid at time of termination.
    h. If you are no longer employed by that employer, state the date of termination and whether said termination was voluntary or involuntary.

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, you are required to supplement your incomplete responses. Accordingly, please provide your supplemental responses within ten days of this letter.

I look forward to receipt of your documents and supplemented answer.

Very truly yours,
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON & HARNEY, LLP

William M. Zall, Esq.

Enclosures
cc. Michael Rigoli
WMZ/243559

"EXHIBIT A"

Anthony Campbell v. Isolations Technologies
and Larry D'amato, Operations Manager.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS.
C.A. NO: 04-40236 FDS.
Answers to Defendant's Interrogatories.      PAGE 3         JUNE 5, 2005.

8.   Corning NetOptix
     2 Mercer Road
     Natick, MA 01760
     POSITION:   PT---QUALITY CONTROL SUPERVISOR
     JOB DUTIES: MANAGEMENT, TRAINING & DEVELOPMENT, PERSONNEL
     SCHEDULING AND ANALYTICAL/PROBLEM SOLVING.
     DOH: December 19, 2000 ---- May 15, 2001
     SUPERVISOR: SUE BATES
     REASON FOR LEAVING: NATICK DIVISION CLOSED DOWN


     RHODE ISLAND TOOL COMPANY
     148 West River Street
     Providence, RI 02908
     POSITION:   MACHINIST
     JOB DUTIES:  SET-UP, EDITING AND TROUBLESHOOTING
     DOH: January 10, 2000 --- March 16, 2001
     SUPERVISOR: BUTCH
     HOURLYRATE: $16.09
     REASON FOR LEAVING: LAYOFF NO WORK.


     SWISSTURN-U.S.A
     1 Main Street
     Whittinsville, MA
     POSITION:    MACHINIST      (TEMPORARY)
     DOH: May 2002 -- August 23, 2002
     JOB DUTIES: SET-UP, EDITING AND TROUBLESHOOTING
     HOURLY RATE: $16.00
     REASON FOR LEAVING: TEMPORARY NO WORK


     E. C. Hilliard Corporation
     10 Liberty Way
     Franklin, MA 02038
     Position:  CNC
     DOH: September 13, 2004 to January 6, 2005
     Job Duties: Setup, troubleshoot and editing.
     Hourly rate: $17.00
     Reason for Leaving: Layoff.

COPY