UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Campbell,**
       **Plaintiff,**

       **V.**

**Isolations Technologies,**

       **Defendant,**

CIVIL ACTION

NO. **04-40236-FDS**

## ORDER OF DISMISSAL

**Saylor, D. J.**

In accordance with the Court's Order in open court, this date **9/29/06**, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

    **9/29/06**
    **Date**

**/s/ Martin Castles**
**Deputy Clerk**