

P.O. BOX 3469
Worcester, MA 01613

July 22, 2006

CERTIFIED MAIL NO: 7004 2890 0001 4921 0227

Hon. Mark L. Wolf
Chief Judge
United States District Court
For the District Of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Honorable Wolf:

Your honor, please find enclosed TAX RETURNS as per Order by Hon. F. Dennis Saylor, III, U.S. District Judege during the Status Conference Of July 10, 2006. Although, the defendant was provided W-FORMS, NEWSPAPERS and Past Employments two yeras prior to at Isolations Technologies and after. In fact, those employment records were subpoena yet the defendant is requesting job searches, but I have provided my W-2 FORMS.

Thank you.

Very truly yours,

Anthony Campbell
Plaintiff

enclosures:

P.O. BOX 3469<br>Worcester, MA 01613

July 22, 2006

CERTIFIED MAIL NO: 7004 2510 0002 5225 6799

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District Of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE:  **Anthony Campbell v. Isolations Technologies**
     **C.A. NO: 04-40236 FDS.**

Dear Mr. Castles:

Please find enclosed copies of TAX RETURNS & PAST EMPLOYEMNTS prior to working at Isolations Technologies and after.

Thank you.

Verytruly Yours,

*[signature]*

Anthony Campbell
Plaintiff

cc:  Mr. William Zall
     Cunningham, Machanic, Cetlin, Johnson & Harney, LPP
     220 North Main Street
     Natick , MA 01760

enclosures:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell ........................................................ Plaintiff  )
                                                                               )
v.                                                                             )   C.A. NO: 04-40236 FDS.
                                                                               )
Isolations Technologies ................................................ Defendant )

# PLAINTIFF, ANTHONY CAMPBELL, IS IN COMPLIANCE WITH THE COURT ORDER OF APRIL 26, 2006 AND MAY 10, 2006 AND JULY 10, 2006 BY HON. TIMOTHY HILLMAN AND HON. F. DENNIS SAYLOR, IV, TO PROVIDE TAX RETURNS TO THE DEFENDANT.

I, Anthony Campbell, Plaintiff hereby complied with the Court Order of April 26, 2006, by the Hon. Timothy Hillman, U.S. Magistrate/Judge, to provide documents to the defendant, and Court Order of May 10, 2006 and July 10, 2006 by Hon. F. Dennis Saylor, IV, U.S. District Judge to provide TAX RETURNS DOCUMENTS BY JULY 25, 2006 to the defendant.

1. **TAX RETURNS.**

2. **PAST EMPLOYMENTS.**

Respectfully submitted by,

*[signature]*
Anthony Campbell
Plaintiff

July 22, 2006

This copy was mailed CERTIFIED NO: 7004 2510 0002 5225 6782 to Mr. William Zall, Cunningham, Machanic, Cetlin, Johnson & Harney, LPP, 220 North Main Street, Natick, MA 01760.