UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell, ..................................... Plaintiff )
)
v. ) C.A. NO: 04-40236 FDS.
)
Isolations Technologies, .................................. Defendant )

# NOTICE OF APPEAL OF PLAINTIFF, ANTHONY CAMPBELL.

1.   On June 29, 2005, I notified the Court of the Defendant's Lawyer, Peter Harney who has being acting as Mr. William Zall, and LOCAL RULE 83.6(4)(A)(B) to 83.7. but at the various Status Conferences, Judge F. Dennis Saylor, IV said as a mistake. "SEE EXHIBIT D".

2.   On April 6, 2005, Plaintiff filed Statement Of Corporate Disclosure with the Court regarding LOCAL RULE 7.3(A). "EXHIBIT B".

3.   On March 23, 2005 Plaintiff filed a letter Pursuant to Rule 16(b) of the Federal of Civil Procedure and Local Rule 16.1 (F): "SEE EXHIBIT B".

4.   On August 5, 2005, INITIAL DISCLOSURE OF Fed. R. Civ. P. 26(a)(1) with the court. "SEE EXHIBIT B".

5.   Plaintiff complied with the Court Order of April 26, 2006, by Hon. Timothy Hillman, U.S. Magistrate/Judge and Court Oder of May 10, 2006, by the Hon. F. Dennis Saylor, IV, U.S. District Judge to provide documents. "SEE EXHIBIT A".

6.   On November 11, 2004, January 20, 2006 and August 28, 2005 Demand A Jury Trail. "SEE EXHIBIT E".

7.   All documentations were provided to the defendant as Order by Judge Saylor, IV, Magistrate/Judge Hillman and Chief Magistrate / Judge Swartwood, III.


Respectfully submitted by,

*[signature]*

Anthony Campbell
Paintiff

DATED: OCTOBER 9, 2006