EXHIBIT

B

P.O. BOX 3469
Worcester, MA 01613

April 6, 2005

Mr. Martin Castles
Deputy Clerk
United States District Court
District Of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE:  Anthony Campbell v. Isolations Technologies
     C.A. NO: 04-40236 FDS

Dear Mr. Castles:

Please find enclosed Statement Of Corporate Disclosure regaring Local Rule 7.3(A).

Thank you.

Very truly yours,

Anthony Campbell
Plaintiff

enclosure:

UNITED STATES DISTRICT COURT
DISTICT OF MASSACHUSETTS

Anthony Campbell --------------------------------- Plaintiff  )
                                                              )
v.                                                            )    C.A. NO: 04-4023-FDS
                                                              )
Isolations Technologies ---------------------------- Defendant )

CORPORATE DISCLOSURE STATEMENT
REGARDING LOCAL RULE 7.3(A).

I, Anthony Campbell, the undersigned, pursuant to the United States District Court of Rule 7.3(A), do not have a corporation, neither a shareholder in any public or private business.

Respectfully yours,

Anthony Campbell
Plaintiff

Dated: April 7, 2005

cc:   Mr. William Zall
      Cunninghan, Mechanic, Cetlin, Johnson & Harney, LLP
      220 North Main Street
      Natick, MA 01760

COPY

P.O. BOX 3469
Worcester, MA 01613

March 23, 2005

Via First Class and Hand Delivery

Mr. Martin Castles
Deputy Clerk
United States District Court
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, 01608

RE: Anthony Campbell v. Isolation Technologies
C.A. NO: 04-40236FDS

Dear Mr. Castles:

Please find enclosed some selected dates as per our telephone coversation regarding the Notice Of Scheduling Conference on Friday, March 25, 2005 at 11:30 A.M. in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1.

Thank you.

Respectfully yours,

Anthony Campbell
Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Campbell ------ Plaintiff )
   v. )  C.A. NO: 04-40236-FDS
Isolations Technologies -- Defendant )

Pursuant to Rule 16(b) of the Federal of Civil Procedure and Local Rule 16.1(F):

3.    Fact Discovery -- Interim Deadlines.
     a.    All requests for production of documents and interrogations must be served by July 8, 2005.

     b.    All requests for admission must be served by July 8, 2005.

6.    Expert Discovery.
     a.    Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. 26(a)(2) must be disclosed, Ms. Maryann K. Brunton
          Investigator
          Commonwealth Of Massachusetts
          Commission Against Discrimination
          436 Dwight Street, Room 220
          Springfield, MA 01103

Respectfully submitted by,

*/s/ Anthony Campbell*
Anthony Campbell
   PLAINTIFF

COPY

Date: March 23, 2005

P.O. BOX 3469
Worcester, MA 01613

August 5, 2005

Mr. Martin Casltes
Deputy Clerk
United States District Court
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE: Anthony Campbell v. Isolations Technologies
C.A. NO: 04-4236 FDS.

Dear Mr. Castles:

Please enclosed copy of the "INITIAL DISCLOSURE OF Fed. R. Civ. P. 26(a)(1) Of Plaintiff, Anthony Campbell, mailed to the Defendant's Lawyer, Mr. William Zall, on the above date. CERTIFIED MAIL 7004 2890 0001 4921 7004 to Mr. William Zall, Cunningham, Machanic, Cetlin, Johnson & Harney, LLP.

Thank you.

Very truly yours,

Anthony Campbell
Plaintiff

enclosure:

COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell        ---------------------------------------- Plaintiff  )
                                                                            )
    v.                                                                      ) C.A. NO: 04-40236FDS
                                                                            )
Isolations Technologies ----------------------------------------Defendant )

INITIAL DISCLOSURE OF Fed. R. Civ. P. 26(a)(1) Of PLAINTIFF, ANTHONY CAMPBELL.

Witness to be called:   Ms. Maryann Brunton
                        Investigator
                        Commonwealth Of Massachusetts
                        Commission Against Discrimination
                        436 Dwight Street
                        Springfield, MA 01103

Respectfully submitted by,

Anthony Campbell
Plaintiff

Dated: August 5, 2005.

cc:   Mr. William Zall
      Attorney-at-Law
      Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
      220 North Main Street
      Natick, MA 01760



P.O. BOX 3469
Worcester, MA 01613

August 5, 2005

CERTIFIED MAIL 7004 2890 0001 4921 7004

Mr. William Zall
Attorney-at-Law
Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

RE:  Anthony Campbell v. Isolations Technologies
     C.A. NO: 04-4236 FDS.

Dear Mr. Zall:

Please find enclosed copy of the "INITIAL DISCLOSURE OF Fed. R. Civ. P. 26(a)(1) OF PLAINTIFF, ANTHONY CAMPBELL.

Thank you.

Very truly yours,

Anthony Campbell
Plaintiff

enclosure:



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell          --------------------------------------- Plaintiff   )
                                                                              )
         v.                                                                   ) C.A. NO: 04-40236FDS
                                                                              )
Isolations Technologies   ---------------------------------------Defendant )


INITIAL DISCLOSURE OF Fed. R. Civ. P. 26(a)(1) Of PLAINTIFF, ANTHONY CAMPBELL.


Witness to be called:   Ms. Maryann Brunton
                        Investigator
                        Commonwealth Of Massachusetts
                        Commission Against Discrimination
                        436 Dwight Street
                        Springfield, MA 01103


Respectfully submitted by,

Anthony Campbell
Plaintiff

                                                     Dated: August 5, 2005.


cc:    Mr. William Zall
       Attorney-at-Law
       Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
       220 North Main Street
       Natick, MA 01760



P.O. BOX 3469
Worcester, MA 01613

September 28, 2005

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District Of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE:  Anthony Campbell v. Isolations Technologies
     C.A. NO: 04-40236 FDS.

Dear Mr. Casles:

The co-defendant, Larry D'amato was properly served at his place of employment at Isolations Technologies on or around March 30, 2005, Certified Mail NO: 7002 2410 0005 6659 7284. (1) The letter was never returned. (2) The defense lawyer did not inform the court during the Scheduling Conference that Mr. D'amato no longer worked at Isolations Technologies. (3) Fail to tell plaintiff that Mr. D'amato no longer worked at Isolations Technologies. Hence, Mr. D'amato was served with Certified Letter signed for and never returned to date.

Very truly yours,

Anthony Campbell
Plaintiff

cc:  Mr. William Zall
     Cunningham, Machanic, Johnson, Cetlin & Johnson, LLP
     220 N. Main Street
     Natick, MA 01760



P.O. BOX 3469
Worcester, MA 01613

September 28, 2005

Mr. William Zall
Attorney-at-Law
Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

RE:  Anthony Campbell v. Isolations Technologies
     C.A. NO: 04-40236 FDS.

Dear Mr. Zall:

Please find enclosed copy of a letter filed with the court.

Thank you.

very truly yours,

Anthony Campbell
Plaintiff

COPY

P.O. BOX 3469
Worcester, MA 01613

September 6, 2005

Mr. Martin Castles
Deputy Clerk
United States District Court
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

Please find enclosed copy of part answers to the Defendant's Interrogatories requested past employers prior to working at Isolations Technologies, which was provided. (2) I object to the request of my W-2 Forms. (3) Now, Isolations Technologies or Defendant is now seeking copies of the newspapers, which the defendants denied to the Investigator, Ms. Marryann Brunton of MCAD, during the Investigative Conference of December 17, 2002 that the compnay (Isolations Technologies) do not advertised job openings.

Thank you.

Very truly yours,

Anthony Campbell
Plaintiff

enclosures: 

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell,              Plaintiff  )
                                          )
    v.                                    )        C.A. NO: 04-40236 FDS.
                                          )
Isolations Technologies,       Defendant  )

MOTION OF PLAINTIFF, ANTHONY CAMPBELL, TO COMPEL RULE 33.1 MR. MICHEAL RIGOLLI, OWNER OF ISOLATIONS TECHNOLOGIES TO ANSWER THE INTTERROGATORIES.

1. Please describe method use in the company hiring practices:
   (a) Do Isolations Tecnologies give out apllication to hire or not?

   (b) Has Isolations Technologies ever used advertisements in potings job opening(s)?

   (c) Micheal Rigolli have you ever authorized advertisement for job openings in the news papers or any other means? If so, how many times and dates?

2. Micheal Rigolli have you ever given Isolations Tecnologies Employment Application to anyone at your company before? If so, hom many times and dates? What method do used in hiring? Verbal or Application?

3. Micheal Rigolli have you ever told anyone in the present or past of denying given Isolations Technologies Employment Application to present or past employees at your company?
   (a) If so, how many times?

4. Micheal Rigolli does your company has Eployment Applications?
   (a) Do you have present or past employees fillout Isolations Technologies Employment Applications?

   (b) Have you ever had any of the present or past employee(s) fillout Isolations Tecnologies Employment Application?

Respectfully submitted by,

Anthony Campbell
Plaintiff



September 5, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell,           Plaintiff   )
                                        )
   v.                                   )    C.A. NO: 04-40236 FDS.
                                        )
                                        )
Isolations Technologies,    Defendant   )

MOTION OF PLAINTIFF, ANTHONY CAMPBELL, TO COMPEL RULE 36.1 MR. MICHEAL RIGOLLI, OWNER OF ISOLATIONS TECHNOLOGIES TO ANSWER THE REQUEST FOR ADMISSIONS.

1.  Do you admit to saying Isoaltions Technologies do not have Employment Applications?

2.  You have authorized jobs postings in news papers. If so, name of News Paper(s), Year and date?

3.  You admit that Isolations Technologies has Employment Applications?

4.  You admit that Isolations Technologies will never hired a black person?

5.  You admit that Isolations Technologies has never hired a black person?

Respectfull submitted by,


Anthony Campbell
Plaintiff

September 5, 2005

COPY

P.O. BOX 3469
Worcester, MA 01613

September 5, 2005

Mr. William Zall
Attorney-at-Law
Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

RE: Anthony Campbell v. Isolations Technologies
C.A. NO: 04-40236 FDS.

Dear Mr. Zall:

Please find enclosed Interrogatories LOCAL RULE 33.1 and Request For Admissions LOCAL RULE 36.1 to be answered by your client, Mr. Micheal Rigolli.

Thank you.

Respectfully yours,

Anthony Campbell
Plaintiff

enclosures:



P.O. BOX 3469
Worcester, MA 01613

August 28, 2005

Mr. Martin Castles
Deputy Clerk
United States District Court
For the District Of Massachusetts
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

Pleased find enclosed copies of returned receipts served the co-defendant, Mr. Larry D'amato, Operations Manager, Isoaltions Technologies, 4 Business Way, Hopedale, MA 01747, Certified Mail 7002 2412 0005 6659 7284 with SUMMON IN A CIVIL ACTION on March 28, 2005.

Certified Mail 7004 0750 0002 7862 6165 with INTERROGATORIES LOCAL RULE 33.1, REQUEST FOR PRODUCTION LOCAL RULE 34.1 and REQUEST FOR ADMISSIONS LOCAL RULE 36.1 Of Mr. Larry D'amato on May 3, 2005 but returned May 13, 2005.

Lastly, I ask the court for a Jury Trial in this case, Anthony Campbell v. Isolations Technologies, C.A. NO: 04-40236 FDS.

Thank you.

Sincerely yours,

Anthony Campbell
Plaintiff

COPY

P.O. BOX 3469<br>
Worcester, MA 01613

August 5, 2005

Mr. Martin Casltes  
Deputy Clerk  
United States District Court  
Harold D. Donohue Federal Building  
595 Main Street  
Worcester, MA 01608

RE: Anthony Campbell v. Isolations Technologies  
C.A. NO: 04-4236 FDS.

Dear Mr. Castles:

Please enclosed copy of the "INITIAL DISCLOSURE OF Fed. R. Civ. P. 26(a)(1) Of Plaintiff, Anthony Campbell, mailed to the Defendant's Lawyer, Mr. William Zall, on the above date. CERTIFIED MAIL 7004 2890 0001 4921 7004 to Mr. William Zall, Cunningham, Machanic, Cetlin, Johnson & Harney, LLP.

Thank you.

Very truly yours,

Anthony Campbell  
Plaintiff

enclosure:

COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Campbell  ---------------------------------------- Plaintiff )
                                                                    )
        v.                                                          ) C.A. NO: 04-40236FDS
                                                                    )
Isolations Technologies  ----------------------------------------Defendant )

INITIAL DISCLOSURE OF Fed. R. Civ. P. 26(a)(1) Of PLAINTIFF, ANTHONY CAMPBELL.

Witness to be called:  Ms. Maryann Brunton
                       Investigator
                       Commonwealth Of Massachusetts
                       Commission Against Discrimination
                       436 Dwight Street
                       Springfield, MA 01103

Respectfully submitted by,

Anthony Campbell
Plaintiff

Dated: August 5, 2005.

cc:   Mr. William Zall
      Attorney-at-Law
      Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
      220 North Main Street
      Natick, MA 01760



P.O. BOX 3469
Worcester, MA 01613

August 13, 2005

Mr. Martin Castles
Deputy Clerk
United States District Court
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

RE:   Anthony Campbell v. Isolations Technologies
      C.A. NO: 04-40236 FDS.

Dear Mr. Castles:

I am asking the Court to please reconsider the sanction and striking of my letter of June 29, 2005 regarding the Defendant's Lawyer, Mr. Peter Harney, who has being acting as Mr. William Zall, and LOCAL RULE 83.6(4)(A)(B) to RULE 83.7. I did not know Mr. Harney prior to my case Anthony Campbell v. Isolations Technologies until the Investigative Conference Of December 17, 2002, at the Commission's Office, 436 Dwight Street, Room 220, Springfield, MA 01103. He (Peter Harney) introduced himself to the Investigator, Ms. Maryann Brunton Of MCAD, as Peter Harney.

During the Conciliation Conference Of April 23, 2003, at the Commission's Office, 436 Dwight Street, Room 220, Springfield, MA 01103, with the Commission General Counsel, Ms. Patricia Quintalin. He (Peter Harney) introduced himself as William Zall.

During a meeting of September 23, 2003, with Jerry Levisk, at the Commission's Office, 436 Dwight Street, Room 220, Springfield, MA 01103. He (Peter Harney) introduced himself as William Zall.

During The Initial Conference Of March 25, 2005, at the United States Courthouse in Worcester, in accordance with Fed. R. Civ. P. 16(b) and LOCAL RULE 16.1. He (Peter Harney) introduced himself as William Zall to Hon. Saylor, Judge.

Lastly, I did not receive the letter from the Defendant's Lawyer, Mr. William Zall regarding the "Schedule Deposition Of July 7, 2005", until July 9, 2005 and ask the Court to pleased drop the sanction against me.

Thank you.

Respectfully yours,

Anthony Campbell
Plaintiff

COPY