# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04CV40236FDS

Anthony Campbell

v.

Isolations Technologies

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 5-8, 10, 13, 18-22, 25-26, 28-30, 32-36, 38-44, 46-47, 49-51, 53-54are the originals.
4, 9, 11-12, 14-17, 23-24, 27, 31, 37, 45, 48, 52 are copies and can be discarded after the appeal is complete

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/13/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 10/17/06 .

Sarah A Thornton, Clerk of Court

By:    /s/ Kathy Hassett
       Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/20/06.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2491

RETURN TO:  US DISTRICT COURT
            595 MAIN STREET, SUITE 502
            WORCESTER, MA 01608

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06