P.O. BOX 3469
Worcester, MA 01

October 29, 2006

CERTIFIED MAIL NO: 7006 0810 0004 2278 2173

The Clerk
United States District Court
For the District Of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: APPEAL NO: 06-2491 Campbell v. Isolations Technologies

Dear Clerk:

Please find enclosed money order no: 10196784685 for payment of the appeal fee ($455.00) Hundred Fifty-Five Dollars Notice Of Appeal.

Thank you.

Very truly yours,

Anthony Campbell
APPELLANT

FEE PAID:
RECEIPT # 76068
AMOUNT $ 455.00
BY DPTY CLK MoK
DATE 10/31/06