UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number: 06-2491

USDC Docket Number 04-40236

Anthony Campbell

v.

Isolations Technology

NOV - 3 2006

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

Document #57 Filing fee paid.

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 11/2/06.

Sarah A. Thornton, Clerk of Court

By:   /s/ Kathy Hassett
      Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/3/06 .

Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06